UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D. MONTGOMERY,

        Plaintiff,                         CIVIL ACTION NO. 10-11729

       v.                                DISTRICT JUDGE JULIAN ABELE COOK

CITIMORTGAGE, INC., ABN AMRO     MAGISTRATE JUDGE MARK A. RANDON
MORTGAGE GROUP, INC., GTJ
CONSULTING, LLC, and FREDDIE MAC,

        Defendants.
_____/

**ORDER GRANTING MOTION TO**
**TAKE VIDEO DEPOSITIONS (DKT. NO. 53)**

This matter is before the court on Defendants' motion to take a video deposition of a non-party witness Ninevah Rudolph (Dkt. No. 53). Plaintiff has not responded to the motion. Having reviewed the motion and being otherwise fully advised,

**IT IS ORDERED** that the motion **IS GRANTED**.

                                          s/Mark A. Randon
                                          Mark A. Randon
                                          United States Magistrate Judge

Dated: January 25, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, January 25, 2012, electronically.*

                                            *s/Melody R. Miles*
                                            *Case Manager to Magistrate Judge Mark A. Randon*
                                            *(313) 234-5542*